UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

| | |
|---|---|
| DATE: | February 18, 2025 |
| JUDGE: | Pamela Pepper |
| CASE NO: | 20-cv-1645 |
| CASE NAME: | Sharita Shaw v. Quad/Graphics, Inc. *et al.*, |
| NATURE OF HEARING: | Fairness Hearing |
| APPEARANCES: | Paul Secunda – Attorney for the plaintiffs |
| | Jeremy Blumenfeld – Attorney for the defendants |
| COURTROOM DEPUTY: | Justin Dreikosen |
| TIME: | 10:00 a.m. – 10:37 a.m. |

## AUDIO OF THIS HEARING AT DKT. NO. 79

The court explained that it had scheduled this hearing to consider the unopposed motions for Attorney Fees and Costs (Dkt. No. 72) and for Final Approval of Class Action Settlement (Dkt. No. 75). The court confirmed that it had received and reviewed the declarations and brief. After hearing the parties' arguments in support of the fairness of the settlement agreement and questioning counsel, the court granted the motion for final approval and granted, with one modification, the unopposed motion for attorneys' fees and costs.

The court asked the parties to submit a modified proposed order on attorneys' fees (counsel had advised the court that the parties already had provided the court with a proposed order granting the motion for final approval).